IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


RETHA AUBREY,                                                          PLAINTIFF

v.                                  Case No. 6:06-cv-6075

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT


## JUDGMENT

**COMES** now the Court on this the **18th day of December, 2007**, in accordance with the

Memorandum Opinion entered in the above-styled case on today's date, and hereby considers,

orders, and adjudicates that the decision of the Commissioner of the Social Security Administration

is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED**.


/s/   Barry A. Bryant
Honorable Barry A. Bryant
United States Magistrate Judge